# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HARRIS, Individually, and JENNIFER HARRIS, Individually, and as Successors in interest to the Estate of BENNY HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALZA CORPORATION; SANDOZ, INC., MYLAN, INC.; MYLAN PHARMACEUTICALS, INC.; MYLAN TECHNOLOGIES, INC.; and DOES 1 – 100, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-01593-JAM-DAD<br><br><br><br>**ORDER GRANTING DISMISSAL**<br><br><br>Action filed: June 26, 2009<br>Removal Date: June 23, 2010<br>Trial Date: January 30, 2012 |

The parties have filed a Stipulation of Dismissal in this action with prejudice. The stipulation is incorporated herein by reference. Accordingly, the Court dismisses this action with prejudice

Dated: June 13, 2011

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com